[No. 40085-1-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT PHILIP LAROCHE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-07991-8, Laura Inveen, J., entered January 24, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Webster, J.

[No. 41668-5-I.    Division One.    June 21, 1999.]

*In the Matter of the Marriage of* JOANNE T. PARMENTER, *Respondent,* and JAMES R. PARMENTER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-3-00766-8, David A. Nichols, J., entered October 24, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 41935-8-I.    Division One.    June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA A. WILKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-02548-4, Jeanette R. Burrage, J., entered December 15, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41979-0-I.    Division One.    June 21, 1999.]

SANDY E. NECKAS, *Respondent,* v. ROBERT J. HOLT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-08841-2, Carol A. Schapira, J., entered December 15, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Agid, A.C.J., and Baker, J.